**Motion Granted; Order filed October 17, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00272-CV
_____

**BENJAMIN K. SANCHEZ, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT4, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT4, HOMEWARD RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., AND REAL TIME RESOLUTIONS, INC.,**

**Appellees**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-06133**

## O R D E R

The clerk's record was filed June 20, 2013. On October 4, 2013, appellant filed a motion to correct the clerk's record and extend time to file his appellate brief. According to appellant's motion, the record does not contain:

a. Doc. 51211456 – Proposed Temporary Restraining Order and Order Setting Temporary Injunction Hearing

b. Doc. 54144012 – Notice of Submission

c. Doc. 54144013 – Proposed Order

d. Doc. 54166295 – Notice of Submission on Defendant Real Time Resolutions, Inc.'s No Evidence Motion for Summary Judgment

e. Doc. 54166296 – Proposed Order

f. Doc. 54166300 – Notice of Submission

g. Doc. 54268254 – Proposed Order Setting Hearing

h. Doc. 54264023 – Plaintiffs' Notice of Change of Telephone & Facsimile Numbers

i. Doc. 54281698 – Plaintiffs' Verified Opposed First Motion for Continuance

j. Doc. 54281699 – Plaintiffs' Verified Opposed Motion to Strike Deemed Admissions

k. Doc. 54281700 – Exhibit A – Plaintiffs' Response to Defendants' First Request for Admissions

l. Doc. 54281752 – Proposed Order Granting Continuance

m.Doc. 54281701 – Proposed Order Striking Deemed Admissions

n. Doc. 54477966 – Order Signed Denying Continuance

o. Doc. 54905419 – Notice of Hearing on Plaintiff's Verified Motion for New Trial

p. Doc. 55106115 – Plaintiffs' Verified Motion for Sanctions against Defendant Real Time Resolutions, Inc. and its Counsel Anthony Petrocchi

q. Doc. 55106116 – Exhibit A

r. Doc. 55106117 – Exhibit B

s. Doc. 55106118 – Exhibit C

t. Doc. 55106119 – Exhibit D

u. Doc. 55070772 – Notice of Hearing on Plaintiffs' Request for Sanctions

v. Doc. 55097429 – Notice of Hearing on Plaintiffs' Verified Motion for Sanctions against Defendant Real Time Resolutions, Inc. and its Counsel Anthony Petrocchi

w. Doc. 55099482 – Rule 11 Agreement

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **November 14, 2013**, containing the above-listed items.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file. Appellant's brief is due 30 days after the supplemental clerk's record is filed.

PER CURIAM